■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ORTEGA, Appellant. [41 NYS3d 421]—Judgment, Supreme Court, Bronx County (Denis J. Boyle, J.), rendered July 17, 2014, as amended August 21, 2014, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Sweeny, Saxe, Kapnick and Gesmer, JJ.